UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Jane Doe

V.

City of Lawrence, MA
MBTA, Lawrence Police
Department, Several Officers
w/ [unknown] Lawrence Police Officers

Laz Parking

## Addendum to Complaint

1. On or about February 20, 2026 plaintiff was waiting on MBTA property to board MBTA public transportation. The same person who continues to appear when she walks toward the McGovern Transportation Center, did again approach her, as she was standing at the McGovern Transportation Center.
2. Plaintiff approached the "Laz Parking" office to request someone contact local authorities.
3. Laz Parking employee verbally harassed plaintiff, stating they would not contact police, and continued to approach her as she walked toward the train platform, away from the office, slandering her to unknown others walking around in the transportation center.
4. The Laz employee then threatened to contact local authorities regarding the plaintiff, for an unknown reason.
5. Plaintiff notified Laz employee to discontinue slandering plaintiff to unknown others, and to stop harassing the plaintiff as she waited for the train.
6. Laz employee approached MBTA train (outbound), stating to a conductor that plaintiff was not allowed to board train. (plaintiff was waiting for inbound train)
7. Lawrence Police department (Santana, Bonet and unknown other approached plaintiff on MBTA platform, stating she was not allowed to board public transportation, and refused to document complaint of person following her, as had occurred the week before, even after plaintiff notified Lawrence Police that 'stalker' was standing at end of platform, and at no time had boarded public transportation after following the plaintiff to the station.
8. On February 27, the plaintiff approached McGovern Transportation Center, sat waiting for MBTA train.
9. The same Laz Parking employee approached the plaintiff while she sat, eating on the MBTA platform. The LAZ employee began pacing back and forth in front of the plaintiff, using her cell phone. It is unknown if the Laz employee was video documenting the plaintiff, or if it was the Laz employee's personal phone.
10. The LAZ employee then threatened the plaintiff, stating that she was going to have her trespassed from the Transportation Center.
11. Plaintiff notified the Laz employee that she had no reason to approach, surveil, harass, or threaten to trespass the plaintiff.
12. Lawrence Police officer Santana and Traversa (sp), approached plaintiff on MBTA platform, and threatened to arrest the plaintiff if she did not leave the property. They gave no reason for the demand.

13. Plaintiff began walking toward the exit of the transportation center, and Officer Santana again threatened the plaintiff, forcing her into oncoming traffic to cross the street.

14. On February 28, officer in cruiser 312(?) layd in wait for Plaintiff after she entered cafe at corner Osgood/Merrimack. (1 hour)

16. Wherefore, Plaintiff seeks $10,000 for public humiliation, and physical threats made to plaintiff and unlawfully interfering with her riding public transportation.

15. On March 1, officer in cruiser 401(?) layd in wait at end of Osgood, leaving immediately when Plaintiff appeared.

Jane Doe
431 Common
Street
Lawrence
MA
01840
no fixed
address
Jane Doe