**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JANE DOE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF LAWRENCE, et al.,**<br><br>**Defendants.** | **Civil Action No.**<br>**26-11144-FDS** |

**ORDER**

**SAYLOR, J.**

*Pro se* plaintiff "Jane Doe" commenced this action by filing a civil complaint, a motion for leave to proceed *in forma pauperis*, and a motion to seal this case. She did not provide her true name on any of those documents.

In an order dated August 10, 2026, the court denied the motions and ordered plaintiff to file an amended complaint under her true name if she wished to proceed with this action. The court also ordered plaintiff to resolve the filing fee by (1) paying the $405 fee or (2) filing a renewed motion for leave to proceed *in forma pauperis* under her true name. The court stated that failure to comply with the order by September 14, 2026 would result in dismissal of this action.

The deadline for complying with the court's August 10, 2026 order has elapsed without any response from plaintiff. Accordingly, the court orders that this action be DISMISSED without prejudice for failure to file an amended complaint and to resolve the filing fee issue.

**So ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: September 24, 2026